1AO 91 (Rev 5/85) Criminal Complaint

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**CORNELL SMITH**
**65 HAMMOND STREET**
**BOSTON, MA**
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

M.J. No.: 08-1755-TSH

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **August 16, 2008**, in **Suffolk County** in the District of **Massachusetts**, defendant did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, in violation of Title **21** United States Code, Section **841(a)**. I further state that I am a **Boston Police Officer** and that this complaint is based on the following facts:

**Please see attached Affidavit of BPD Officer Gerald Cahill**

Continued on the attached sheet and made a part hereof: [x] Yes   [ ] No

_____
BPD OFFICER GERALD CAHILL

Sworn to before me and subscribed in my presence,

OCTOBER 16, 2008             at      Boston, Massachusetts
Date                                 City and State

TIMOTHY S. HILLMAN
United States Magistrate Judge
Name and Title of Judicial Officer        Signature of Judicial Officer