January 7, 2010

Honorable William G. Young
United States Federal Court
One Courthouse Way
Boston, MA 02110

Cornell A. Smith 27129-038
Donald W. Wyatt Detention
950 High Street C-17
Central Falls, R.I. 02863

Dear Honorable Young:

I was sentenced before your court today, and I totally forgot to request that you consider allowing me (1) one year halfway house at the ending of my sentence seperate from the B.O.P. designation to halfway house.

Please excuse me writing your Honor directly concerning this, but I don't know any other way to instantly address this.

Very Truly Yours,

RE: United States v. Cornell A. Smith
Criminal No. 1:08-CR-10334-WGY-1

January 11, 2009
Treated as a motion for reconsideration, motion denied.
William G. Young
District Judge